**Opinion filed August 21, 2014**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-14-00161-CV & 11-14-00162-CV

_____

## IN THE MATTER OF THE ESTATE OF MARY FRANCINE WREN BURKHAULTER, DECEASED

**On Appeal from the County Court at Law No. 2**
**Ector County, Texas**
**Trial Court Cause Nos. 20,484-11 & 20,508-11**

### M E M O R A N D U M   O P I N I O N

In each appeal, Travis Burkhaulter (Appellant) and Kathy Wren, the executrix of the Estate of Mary Francine Wren Burkhaulter, have filed in this court an agreed motion to dismiss. In the agreed motions, the parties state that they have fully settled their dispute and that the appeals are now moot. The parties request that the appeals be dismissed and that costs be taxed against the party incurring same. Therefore, in accordance with the parties' request, we dismiss these appeals. *See* TEX. R. APP. P. 42.1(a)(2).

The agreed motions to dismiss are granted, and the appeals are dismissed.


August 21, 2014                                                 PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.